AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 4:20mj19 | Date and time warrant executed: 05/26/20 1800 | Copy of warrant and inventory left with: Michael Crowe |
|---|---|---|

Inventory made in the presence of:
Christopher Cummings HSI/SA ; Michael Crowe

Inventory of the property taken and name(s) of any person(s) seized:

300 counterfeit sports rings

CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAY 21 2020

JULIA C. DUDLEY, CLERK
BY: s/ MARTHA L. HUPP
DEPUTY CLERK

**Received in Chambers**
By Reliable Electronic Means
May 21, 2020

**Hon. Robert S. Ballou**
**United States Magistrate**

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/26/20

Executing officer's signature

Brian Luoma  Special Agent
Printed name and title